# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**WILLIAM D. METZ,**

           **Plaintiff,**

**-vs-**                        **Case No. 6:04-cv-571-Orl-28KRS**

**A-1 AUTO BODY & GLASS, INC., Imran Chaudhry,**

           **Defendants.**

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**   **PLAINTIFF'S MOTION FOR ENTRY OF CLERK'S DEFAULT (Doc. No. 44)**
>
> **FILED:**   September 7, 2005
>
> **THEREON** it is **ORDERED** that the motion is **DENIED**.

Plaintiff William D. Metz asserts that he properly served Defendant A-1 Auto Body & Glass, Inc. (A-1) with process in this matter by serving Siama Usav, the "sister and co-resident" of its registered agent, Rizwana Razzaqq, by leaving the documents secured at the front door and announcing to Usav, who refused to open the door, that service had been made. Doc. No. 44, attach. 1 (Affidavit of Service).

Under Florida law, it is well-established that "[t]here must be strict construction of, and strict compliance with, the statutes governing substituted service of process." *Johnston v. Halliday*, 516 So.

2d 84, 85 (Fla. 3rd Dist. Ct. App. 1987). Assuming that "drop service" as described in the affidavit can ever be appropriate on a registered agent of a corporation, the affidavit is insufficient to establish all the elements of substituted service. Specifically, "[p]roof of valid service requires that there be evidence establishing (a) that the address of service was the defendant's usual place of abode, (b) the identity of the person served, (c) whether that person was over fifteen years of age, (d) whether that person resided at the address of service, and (e) whether that person was informed of the contents of the papers." *Id*. The return of service filed by the process server in this matter fails to satisfy these requirements.

Accordingly, the motion for entry of clerk's default is **DENIED**.

**DONE** and **ORDERED** in Orlando, Florida on September 12, 2005.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties